# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL W. KIRKWOOD,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>    Respondents. | 3:07-cv-00303-LRH-RAM<br><br>ORDER |

Petitioner's motion (#17) for enlargement of time is GRANTED, and the time for petitioner to mail supplemental exhibits for filing in compliance with the Court's prior orders is extended up to and including May 30, 2008.

DATED this 9th day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE