# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL W. KIRKWOOD, | |
|     Petitioner, | 3:07-cv-00303-LRH-RAM |
| vs. | <u>ORDER</u> |
| JACK PALMER, *et al.*, | |
|     Respondents. | |

Respondents' motion (#34) for an enlargement of time is GRANTED, and the time for respondent to file a response to the amended petition is extended up to and including September 11, 2009.

DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE